**Order entered April 24, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01480-CV

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Appellant**

**V.**

**CHACON AUTOS LTD., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-03130-D**

## ORDER

Before the Court is appellant's April 23, 2019 opposed third motion for an extension of time to file a brief or, alternatively, motion to abate. We **GRANT** the motion **to the extent** appellant shall file its brief on or before **May 8, 2019**. We caution appellant that further extension requests will be strongly disfavored.

/s/    ERIN A. NOWELL
        JUSTICE